

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-20-00078-CV &
06-21-00015-CV

EDWARD COX AND THERESA COX, Appellants

V.

PREMIER LAND LIQUIDATORS, LLC, AND
CEDAR CREEK PRESERVATION, LLC, Appellees

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court Nos. CV43881 & CV44453

Before Morriss, C.J., Burgess and Stevens, JJ.

# ORDER

Edward Cox and Theresa Cox, appellants, have filed a motion to consolidate the appeals in the above-numbered proceedings. We overrule the motion insofar as consolidating the appeals is concerned.

In the interest of judicial economy, however, we will permit consolidated briefing so that each party need file only one brief addressing both appeals. All filing deadlines in cause number 06-21-00015-CV shall apply to both appeals, and both cases shall be briefed together.

IT IS SO ORDERED.

BY THE COURT

Date:   April 6, 2021